IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY STREET**<br><br>          **Plaintiff,**<br><br>   v.<br><br>**GAC SHIPPING USA, INC.,**<br>**TRANSESTE SCHIFFAHRT, GmbH,**<br>**INDEPENDENT CONTAINER LINE LTD.,**<br>**EF OLIVIA, LTD.,**<br>**EF OLIVIA GmbH & CO. KG,**<br>**DÖHLE SHIPMANAGEMENT, LTD., and**<br>**PETER DÖHLE SCHIFFARTS-KG**<br><br>          **Defendants.** | **CIVIL ACTION NO. 24-1739** |

## ORDER

**AND NOW,** this 8th day of July 2024, upon consideration of Plaintiff Kimberly Street's Motion to Remand [Doc. No. 4] and the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**. Defendants shall answer the Complaint within **21 days** of the date of this Order.

It is so **ORDERED**.

                                                        **BY THE COURT:**

                                                        **/s/ Cynthia M. Rufe**
                                                        _____
                                                        **CYNTHIA M. RUFE, J.**