**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KIMBERLY STREET**<br>　　　**Plaintiff,**<br>　　　**v.**<br>**GAC SHIPPING USA, INC., et al.**<br>　　　**Defendants.** | **CIVIL ACTION NO. 24-1739** |

## ORDER

**AND NOW,** this 1st day of October 2024, upon consideration of the pending motion and responses, it is hereby **ORDERED** that Plaintiff's Third Motion to Remand [Doc. No. 20] is **DENIED**, and that under Federal Rule of Civil Procedure 21, Defendants Premier Orthopaedics, Premier Physical Therapy, P.C., and Walter D'Alessandris, PT, are stricken from this case.

The Court will schedule a case management conference by separate order.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**